IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA,
STATESBORO DIVISION

LYNETTE TANKERSLEY EDEN,      )
                             )
     Plaintiff,              )
                             )
vs.                          )      Case No. CV605-043
                             )
CITIFINANCIAL AUTO,          )
LTD.,                        )
                             )
     Defendant.             )

Plaintiff's Response to Motion for Summary Judgment

Statement Controverting CitiFinancial's
Statement of Material Facts

Ms. Eden controverts the ninth paragraph and the tenth pa-
ragraph of the lender's statement of material facts.

ALLEGATION NINE.   The ninth paragraph says,

> The next day, December 4, 2003, in compliance
> with O.C.G.A. §§ 11-9-611 and 10-1-36, CitiFinanc-
> ial sent to Plaintiff and her son by certified
> mail letters notifying them that CitiFinancial had
> the car (which, of course, Ramsey Eden already
> knew), that CitiFinancial planned to sell the car
> at a private sale, the date of the proposed sale,
> that they had a right to request a public sale,
> that CitiFinancial might seek from them the defic-
> iency after the sale, and that they had a right to
> redeem the car prior to the sale.

(Doc. 32, p. 3, ¶ 9).

There is not evidence that the defendant sent these let-

ters.  (Doc. 28, ¶¶ 7 - 11, pp. 14, 15; Doc. 32, Affidavit of

Thomas Jacobs, ¶ 7, p. 3, Exhibits E and F; Doc. 36, p. 72, l.

22 - p. 73, l. 20, Exhibit 8; Doc. 35, p. 52, l. 8 - p. 53, l.

5, Defendant's Exhibit 7; Doc. 39, Requests for Admissions of

Fact and Genuineness of Documents, ¶¶ 8 and 9, p. 2, Exhibit
CITI 0054, Defendant's Responses to Plaintiff's Requests for Ad-
missions of Fact and Genuineness of Documents, ¶¶ 8 and 9, p. 5)

The only admissible evidence is that these letters were
not sent.  F.R.E. 406; In re:  East Coast Brokers and Packers,
Inc., 961 F.2d 1543 (11th Cir. 1992); Busquet vs. Ashcroft, 333
F.3d 1008 (9th Cir. 2003); Mulder vs. Commissioner of Internal
Revenue, 855 F.2d 208 (5th Cir. 1988); Leasing Associates, Inc.
vs. Slaughter & Son, Inc., 450 F.2d 174 (8th Cir. 1971).

ALLEGATION TEN.  The tenth paragraph says, "The December 4, 2003
letters are based on the form provided in O.C.G.A. § 11-9-614."

The lender's notice form does not express intent to pursue
a deficiency.  (Doc. 32, Affidavit of Thomas Jacobs, ¶ 7, p. 3,
Exhibits E and F)

It did not comply with the legislative intent of the stat-
ute.  It did not use the language of the statute.  It was void
ab initio.  OFFICIAL CODE OF GA. ANN. §§10-1-36, -9-614(3): Bar-
nett vs. Trussell Ford, Inc., 129 Ga. App. 176, 198 S.E. 2d 903
(1973).

*       *       *

Ms. Eden also observes that the lender alleges neither
truth nor absence of malice so that the allegations are not suf-
ficient to support summary judgment on defamation.  A "party
seeking summary judgment always bears the initial responsibility
of informing the district court of the basis for its motion
. . ."  Celotex Corp. vs. Catrett, 477 U.S. 317, 323, 106 S.Ct.

2548, 2554, 91 L.Ed. 2d 265, 273 (1986).

Brief

Background

The lender repossessed a car from Ms. Eden.  The reposses-
sion was voluntary.  The "guy" came to Ms. Eden's son and asked
for the car, and he surrendered it.  (Doc. 32, p. 3, ¶ 8; Doc.
35, p. 40, l. 15 - p. 41, l. 8)

Georgia law requires certain post-repossession notices.
Ms. Eden did not receive these notices.  This evidence is not
disputed.  (Doc. 28, ¶¶ 7 - 11, pp. 14, 15; Doc. 36, p. 72, l.
22 - p. 73, l. 20, Exhibit 8)

The lender  claims that notice was mailed by certified
mail, but there is not a receipt or any other documentation from
the United States Postal Service that would prove the deposit of
certified mail.  There is not even a certification number.  The
only proffer that notice was posted is an affidavit from an emp-
loyee in Colorado.  The notice alleged to have been sent is from
an office in Charlotte, North Carolina.  (Doc. 32, Affidavit of
Thomas Jacobs, Exhibit E)

The proffer in its entirety says,

> The next day, December 4, 2003, in compliance
> with O.C.G.A. §§ 11-9-611 and 10-1-36, CitiFinanc-
> ial sent to Plaintiff and Ramsey Eden via Certified
> Mail, at their last known addresses, letters notif-
> ying them that CitiFinancial had the car, that Cit-
> iFinancial planned to sell the car at a private
> sale, the date of the proposed sale, that they had
> a right to request a public sale, that CitiFinanc-

> ial might seek from them the deficiency after the
> sale, and that they had a right to redeem the car
> prior to the sale.  (Copies of these letters are
> attached hereto as Exs. E and F)

(Doc. 32, Affidavit of Thomas Jacobs, ¶ 7, p. 3)

The witness does not say who generated nor sent the no-
tices.  There is not testimony from anyone with specific recol-
lection of them.  There is not evidence of an office routine.  A
notice which the lender claims was posted simultaneously with
that to Ms. Eden was also not delivered.  (Doc. 32, Affidavit of
Thomas Jacobs, Exhibit F; Doc. 35, p. 52, l. 8 – p. 53, l. 5,
Defendant's Exhibit 7)

About the lender's intent to pursue a deficiency claim
against Ms. Eden, the notice which it claims to have sent says
only, "If we get less money than you owe, you may still owe us
the difference."  (Doc. 32, Exhibit E)

Its executive characterizes the notice to say about its
intent to pursue a deficiency claim "that CitiFinancial might
seek from them the deficiency after the sale".  (Doc.32, Affida-
vit of Thomas Jacobs, ¶ 7, p. 3)

The lender's records say that "letter sent 12/4 was re-
turned destroyed may need to be recreated if nec."  (Doc. 39,
Requests for Admissions of Fact and Genuineness of Documents, ¶¶
8 and 9, p. 2, Exhibit CITI 0054, Defendant's Responses to
Plaintiff's Requests for Admissions of Fact and Genuineness of
Documents, ¶¶ 8 and 9, p. 5)

CitiFinancial does not claim to have resent the certified

-4-

letter.  (Doc. 39, Requests for Admissions of Fact and Genuineness of Documents, ¶¶ 8 and 9, p. 2, Exhibit CITI 0054, Defendant's Responses to Plaintiff's Requests for Admissions of Fact and Genuineness of Documents, ¶¶ 8 and 9, p. 5)

The lender claimed a deficiency.  (Doc. 36, Defendant's Exhibit 9)

The lender reported Ms. Eden to at least one credit-reporting agency.  The report said that the repossession was "Involuntary".  The report was renewed as recently as November, 2005.  (Doc. 36, Exhibit 12; Exhibit P-11, attached, p. 5)

The lender referred Ms. Eden's account to two debt collection agencies.  They were told that a deficiency was owed and that the account "is considered 'Charged Off' or in 'Default'." (Exhibits P-6, P-7, P-8 and P-9, attached)

Each of these collection agencies made inquiries about Ms. Eden which appeared on her credit history.  (Doc. 36, Exhibit 12; Exhibit P-11, attached, p. 8)

At least one potential creditor denied credit to Ms. Eden based upon this specific credit report.  (Exhibit P-12, attached)

Ms. Eden notified the lender that she did not owe it anything.  The credit report was not changed.  The collection attempts continued.  (Exhibits P-8, P-9 and P-10, attached)

Ms. Eden moved for summary judgment on her claims for violations of the Motor Vehicle Sales Finance Act and the Uniform Commercial Code and on the lender's counterclaim.  The lender

moved for summary judgment on each issue.

Standard for Summary Judgment

> Of course, a party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact.

Celotex Corp. vs. Catrett, 477 U.S. 317, 323, 106 S.Ct. 2548, 2554, 91 L.Ed. 2d 265, 273 (1986).

> Upon any motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, in addition to the brief, there shall be annexed to the motion a separate, short, and concise statement of the material facts as to which it is contended there exists no genuine issue to be tried as well as any conclusions of law thereof.

L.R. 56.1.  Summary judgment is proper only if "there is no genuine issue as to any material fact and . . . the moving party is entitled to a judgment as a matter of law."  F.R.Civ.P. 56(c).

> In reviewing a district court's grant of summary judgment, this court applies the same standard as the district court and views the facts in the light most favorable to the nonmovant, giving it the benefit of all reasonable inferences to be drawn from the facts.

Harlston vs. McDonnell Douglas Corp., 37 F.3d 379, 382 (8th Cir. 1994).  The movant has "the burden of showing the absence of a genuine issue as to any material fact, and for these purposes the material it lodged must be viewed in the light most favorable to the opposing party."  Adickes vs. Kress & Co., 398 U.S. 144, 157, 90 S.Ct. 1598, 1608, 26 L.Ed. 2d 142, 154 (1970).

> [S]ummary judgment is an extreme remedy, and one
> which is not to be granted unless the movant has
> established his right to a judgment with such
> clarity as to leave no room for controversy and
> that the other party is not entitled to recover
> under any discernible circumstances.

Johnson Grain Co. vs. Chemical Interchange Co., 541 F.2d 207,

209, 210 (8th Cir. 1976).

> This rule authorizes summary judgment "only
> where the moving party is entitled to judg-
> ment as a matter of law, where it is quite
> clear what the truth is . . . [and where] no
> genuine issue remains for trial . . . [for] the
> purpose of the rule is not to cut litigants off
> from their right to trial by jury if they really
> have issues to try."

Poller vs. Columbia Broadcasting System, Inc., 368 U.S. 464,

467, 82 S.Ct. 486, 489, 7 L.Ed. 2d 458, 461 (1961).

Issues

1. Did the lender properly send post-repossession notices to
   Ms. Eden?

2. Does the lender's failure to allege truthfulness in its
   statement of undisputed material facts preclude summary ex-
   amination of that issue?

3. If not, is there evidence that the lender's publications
   were false?

4. Does the lender's failure to allege absence of malice in its
   statement of undisputed material facts or in its brief pre-
   clude summary examination of that issue?

5. If not, is there evidence that the lender's publication were
   malicious?

6. Do publications made other than to a credit-reporting agency

require a showing of malice to be actionable?

Citations of Authority

I.  MS. EDEN'S CAUSES OF ACTION

The lender argues (A) that it sent a letter to Ms. Eden by certified mail, which letter complied with the Motor Vehicle Sales Finance Act, (B) that the same letter complied with the requirements of the Uniform Commercial Code, (C) that it is not subject to the Fair Debt Collection Practices Act, (D) that there is not a private right of action under the Fair Credit Reporting Act, and (E) that Ms. Eden's claims for attorney's fees and punitive damages fail but only because the underlying substantive causes of action each fail.

The responses here to the arguments about the Motor Vehicle Sales Finance Act and the Uniform Commercial Code (A and B) are shorter versions of Ms. Eden's briefs in support of her motion for partial summary judgment. The issues are identical, except that the issue of CitiFinancial's willfulness in its Motor Vehicle Sales Finance Act violations goes only to Ms. Eden's right to recover and is not an issue in CitiFinancial's motion.

A.  Motor Vehicle Sales Finance Act

Ms. Eden did not receive notice. CitiFinancial does not have any Postal Service receipts. It did not prove mailing because it did not prove course of business. The alleged notice does not state an intent to pursue a deficiency.

Evidence "that it was never received" is evidence that notice under the Motor Vehicle Sales Finance Act was not mailed.

Pitts vs. Bank South Corp., 209 Ga. App. 124, 433 S.E. 2d 96, 97 (1993).  No "presumption of delivery exists for certified mail when the requested return receipt is not received by the sender."  Busquets vs. Ashcroft, 333 F.3d 1008, 1009 (9th Cir. 2003) (emphasis original).  "In order to raise the presumption of mailing, the evidence must consist of more than unsupported conclusory statements of an individual based on his assumption of how mail was handled in the normal course of business in his office."  In re:  East Coast Brokers and Packers, Inc., 961 F.2d 1543, 1545 (11th Cir. 1992).  "The essential elementary facts may be shown by course of business properly proved, but an offer of [such] proof . . . must be directed to facts and not to mere conclusions".  Leasing Associates, Inc. vs. Slaughter & Son, Inc., 450 F.2d 174, 180 (8th Cir. 1971).  Even had it been mailed, CitiFinancial's form was probably void ab initio because the form says that CitiFinancial "may" pursue a deficiency.  The Motor Vehicle Sales Finance Act requires a repossessing creditor to give notice of "intention to pursue a deficiency claim against the buyer." OFFICIAL CODE OF GA. ANN. §10-1-36.

B.  Uniform Commercial Code

CitiFinancial says that it sent one notice, and that that one notice counts for both statutes, so the same authorities cited about mailing under the Motor Vehicle Sales Finance Act apply equally to the Uniform Commercial Code requirements, except that in addition the rule applies that one who chooses to use certified mail where not required is bound to the evidentia-

ry rules applicable to certified mailing.  see, e.g., <u>Busquet</u>
<u>vs. Ashcroft</u>, 333 F.3d 1008 (9th Cir. 2003).  Also, the lender
says that it relied on a U.C.C. form, but the form says, "If we
get less money than you owe, you (<u>will or will not, as applicab-</u>
<u>le</u>) still owe us the difference."  OFFICIAL CODE OF GA. ANN.
§10-9-614(3) (<u>emphasis original</u>).

C.   <u>Fair Debt Collection Practices Act</u>

This is moot.  I signed on January 17 and mailed to the
lender for consent an amended pleading withdrawing this cause of
action, which pleading was then filed.  (Doc. 38)

D.   <u>Defamation</u>

CitiFinancial published defamatory statements to at least
one credit-reporting agency, Equifax Information Services,
L.L.C., and to two debt collection agencies, Dynamic Recovery
Services, Inc. and Commercial Recovery Systems, Inc.

*               *               *

Ms. Eden's cause of action for defamation published to
the credit-reporting agency is for "false information furnished
with malice or willful intent to injure", so the Fair Credit Re-
porting Act does not preempt it.  15 U.S.C.A. §1681h(e).

The Fair Credit Reporting Act

preempts only defamation actions that do not allege
malice or willful intent to injure . . .  One canon
of statutory construction mandates that a general

-10-

> statute yield when there is a specific statute invol-
> ving the same subject matter . . . Section 1681h(e)
> is a more specific statute, which preempts only a
> limited number of common law torts rather than all
> state claims that regulate furnishings of informa-
> tion to credit reporting agency.

Gorman vs. Wolpoff & Abramson, L.L.P., 370 F.Supp. 2d 1005,

1009, 1010 (N.D. Cal. 2005). See Beattie vs. Nationscredit Fin-

ancial Services Corp., 65 Fed. Appx. 893, 2003 WL 21213703 (4th

Cir. 2003); Lawrence vs. Trans Union, L.L.C., 296 F.Supp. 2d 582

(E.D. Pa. 2003); Jeffery vs. Trans Union, L.L.C., 273 F.Supp. 2d

725 (E.D. Va. 2003); Gordon vs. Greenpoint Credit, 266 F.Supp.

2d 1007 (S.D. Iowa 2003).

The lender's motion says neither in its brief nor in its

allegations of undisputed facts that there is an absence of mal-

ice nor that malice is even an issue.  The word is mentioned not

once.

> [A] party seeking summary judgment always bears the
> initial responsibility of informing the district
> court of the basis for its motion, and identifying
> those portions of 'the pleadings, depositions, an-
> swers to interrogatories, and admissions on file,
> together with the affidavits, if any,' which it be-
> lieves demonstrate the absence of a genuine issue
> of material fact.

Celotex Corp. vs. Catrett, 477 U.S. 317, 323, 106 S.Ct. 2548,

2554, 91 L.Ed. 2d 265, 273 (1986) (emphasis supplied).

> Upon any motion for summary judgment pursuant to
> Rule 56 of the Federal Rules of Civil Procedure, in
> addition to the brief, there shall be annexed to
> the motion a separate, short, and concise statement
> of the material facts as to which it is contended

there exists no genuine issue to be tried as well as any conclusions of law thereof.

LR 56.1.

CitiFinancial neither informs the Court that malice is an issue nor alleges undisputed material facts from which absence of malice could be concluded. <u>Celotex</u>, <u>id.</u> Based on this, the Court need not even reach the issue of the presence or the absence of malice. If so, the inquiry stops here.

If the inquiry proceeds, we must look for the definition applicable in this context. What is "malice"?

One circuit court of appeals applies the state law standard. Another applies federal common law.

\*          \*          \*

The Fourth Circuit Court of Appeals applies state defamation law for a definition of "malice". <u>Beattie vs. Nationscredit Financial Services Corp.</u>, 65 Fed. Appx. 893, 2003 WL 21213703 (4th Cir. 2003).

Under Georgia law, malice is presumed or "inferred". OFFICIAL CODE OF GA. ANN. §51-5-5; <u>Straw vs. Chase Revel, Inc.</u>, 813 F.2d 356 (11th Cir. 1987); <u>Holmes vs. Clisby</u>, 121 Ga. 241, 48 S.E. 934 (1904); <u>Montgomery vs. Pacific and Southern Co.</u>, 131 Ga. App. 712, 206 S.E. 2d 631 (1974); <u>Southland Publishing Co. vs. Sewell</u>, 111 Ga. App. 803, 143 S.E. 2d 428 (1965).

The lender published to the credit-reporting agency that the repossession from Ms. Eden had been involuntary. This is not true. Under Georgia law, malice in inferred.

The Eighth Circuit Court of Appeals borrowed the definition of "malice" from Constitutional law.

> While the Act itself does not define these terms, the Supreme Court in New York Times vs. Sullivan, 376 U.S. 254, 84 S.Ct. 710, 11 L.Ed. 2d 686 (1964) did define the malice necessary to overcome a conditional privilege under the first amendment as "with knowledge that it was false or with reckless disregard of whether it was false or not." Id. at 279-280, 84 S.Ct. at 726 . . . We cite the New York Times standard as an example of a type of malice necessary to overcome a qualified privilege.

Thornton vs. Equifax, Inc., 619 F.2d 700, 705 (8th Cir. 1980).

Is there evidence that the lender violated this standard? Did it know that the repossession from Ms. Eden had been voluntary or did it disregard that the repossession from Ms. Eden had been voluntary when it published to Equifax Information Systems, L.L.C. that the repossession had been involuntary?  It had to have.  It executed the voluntary repossession itself.

The lender also published to Dynamic Recovery Services, Inc. and to Commercial Recovery Systems, Inc. that Ms. Eden owed it money and that her account was charged off or in default. The potential federal law preemption based on malice or the absence thereof does not apply to those publications under any interpretation of the facts because the preemption applies only to "any consumer reporting agency, any user of information, or any person who furnishes information to a consumer reporting agency".  15 U.S.C.A. §1681h(e).

The publications to the debt collection agencies was outside the realm of credit-reporting.

These publications that Ms. Eden owed money and that her account was charged off or was in default are not true as a matter of law.  The lender had ten days from the date of the repossession to perfect its claim for a deficiency by sending her notice by certified mail that it intended to claim a deficiency. OFFICIAL CODE OF GA. ANN. §10-1-36.

The lender did not do so, so when Ms. Eden got out of bed on the morning of December 14, 2003 she owed it, irrevocably and by operation of law, nothing.

Not only were the publications that Ms. Eden owed money false, the lender knew them to be false, because it is charged with knowledge of Georgia law.  See, e.g., Holt vs. International Indemnity Co., 171 Ga. App. 817, 321 S.E. 2d 374 (1984).

These publications to the debt collection agencies are themselves sufficient to support a cause of action for defamation.  "A libel is published as soon as it is communicated to any person other than the party libeled."  OFFICIAL CODE OF GA. ANN. §51-5-3.

Proof of special damages is not required, but the addition to Ms. Eden's credit history of the representation that the repossession from her had been involuntary constitutes special damage.  A person

> in an economically precarious position may well suffer greater damages as a result of the issuance of a defamatory credit report than would a financially sound [entity] whose credit would not otherwise be

-14-

open to question.

Grove vs. Dun & Bradstreet, Inc., 438 F.2d 433, 439 (3rd Cir. 1971).

E.   Punitive Damages and Attorney's Fees

The lender's only argument about punitive damages and attorney's fees is that the underlying substantive causes of action will each fail, so these claims for damages must fail, as well.

The Court is not required to consider any further argument or theory.  Celotex Corp. vs. Catrett, 477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed. 2d 265 (1986); LR 56.1.

Even so, punitive damages may be recovered

> in such tort actions in which it is proven by clear and convincing evidence that the defendant's actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

OFFICIAL CODE OF GA. ANN. §51-12-5.1(b).

Even a negligently-published defamation will support punitive damages if the initial defamation is repeated.  Southern Bell Telephone and Telegraph Co. vs. Coastal Transmission Service, Inc., 167 Ga. App. 611, 307 S.E. 2d 83 (1983).

The lender knowingly violated the Motor Vehicle Sales Finance Act and the Uniform Commercial Code.  It published that the repossession from Ms. Eden had been involuntary, that she owed it money, and that her account had been charged off or was in default, each of which it knew, either actually or construct-

-15-

ively by reason of being charged with knowledge of Georgia law, to be false.

II.   THE COUNTERCLAIM

This response parallels that stated in Ms. Eden's briefs in support of her motion for partial summary judgment.   The issue is identical.   Lack of notice precludes a deficiency claim.

CitiFinancial did not notify Ms. Eden under the Motor Vehicle Sales Finance Act that it intended to pursue a deficiency, so "it shall not be entitled to recover a deficiency against the buyer . . ." OFFICIAL CODE OF GA. ANN. §10-1-36.

The lender's compliance with the notice requirement is "a condition precedent to recovery." Doughty vs. Associates Commercial Corp., 152 Ga. App. 575, 263 S.E. 2d 493 (1979).

"OCGA §10-1-36 does specifically provide that a lack of notice bars a recovery of a deficiency judgment." This is "an absolute bar". Bryant International, Inc. vs. Crane, 188 Ga. App. 736, 374 S.E. 2d 228, 229 (1988) (emphasis original).

Charles Brannon
Attorney for plaintiff
Lynette Eden
State Bar of Georgia
Number 077450

103 Valley Road, #31
Statesboro, Georgia   30458-4759
912-489-6830

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA,
STATESBORO DIVISION

LYNETTE TANKERSLEY EDEN,       )
                              )
     Plaintiff,               )
                              )
vs.                           )       Case No. CV605-043
                              )
CITIFINANCIAL AUTO,           )
LTD.,                         )
                              )
     Defendant.               )

## Certificate Of Service

I certify that I have today served the defendant CitiFinancial Auto, Ltd. with a copy of the attached by posting it with the United States Postal Service with adequate first class postage thereon and addressed as follows:

Mr. William Loeffler
Troutman, Sanders, L.L.P.
Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2276

February 16, 2006

_____
Charles Brannon
Attorney for plaintiff
  Lynette Eden
State Bar of Georgia Number 077450

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA,
STATESBORO DIVISION

LYNETTE TANKERSLEY EDEN,          )
                                  )
        Plaintiff,                )
                                  )
vs.                               )    Case No. CV605-043
                                  )
CITIFINANCIAL AUTO,               )
LTD.,                             )
                                  )
        Defendant.                )

### Affidavit of Lynette Tankersley Eden

Lynette Tankersley Eden appeared before the undersigned notary public, who knows and can identify her, was sworn under oath to speak the truth and gave the following testimony:

1.

I am of legal age and otherwise competent to testify in a court of law and testify entirely of my own personal knowledge.

2.

I am the plaintiff in this civil action.

3.

The attached documents marked "P-6", "P-7", "P-8", and "P-9" are copies of letters each of which was delivered to my mailbox.

4.

The attached document marked "P-10" is a copy of a letter mailed to CitiFinancial Auto, Ltd.  A copy of "P-10" was hand-delivered to me on February 8, 2005.

-18-

5.

The attached document marked "P-11" is the Equifax credit-reporting agency file on me dated January 9, 2006.  I ran this credit report on myself.

6.

I recently applied for a credit card with Chase Bank U.S.A., N.A.

7.

The attached document marked "P-12" is a copy of a letter which was delivered to my mailbox.

8.

I recently applied for a credit card with Discover Bank.

9.

The attached document marked "P-13" is a copy of a letter which was delivered to my mailbox.

LYNETTE TANKERSLEY EDEN

Sworn to and subscribed before me this _14th_ day of February, 2006.

CHARLES BRANNON
Notary Public
Bulloch County, Georgia
My commission expires
August 24, 2008.

-19-



**DYNAMIC RECOVERY SERVICES**
**2775 VILLA CREEK STE 290**
**DALLAS, TEXAS 75234**
**972-241-5611**
**1-800-886-8088**

Account Number: 5152110

08/09/2004

*****AUTO**MIXED AADC 750  4  1  910
LYNETTE EDEN    5152110
103 VALLEY RD APT 55
STATESBORO, GA 30458-4763
IllIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

*P-6*

### IMPORTANT NOTICE
### PLEASE RESPOND

**08/09/2004**

The listed creditor has referred your account to DYNAMIC RECOVERY SERVICES, INC. for handling. Upon receiving this formal notice, demand is hereby served upon you for payment in the amount shown below. If you have any questions, call 1-800-886-8088 IMMEDIATELY.

LYNETTE EDEN                                    Creditor's Statement
103 VALLEY RD APT 55                RE: ARCADIA DEFICIENCY PRIME
STATESBORO, GA 30458-4763          ACCOUNT: 10713683010000000000
                                   CASE #: 5152110
                                   BALANCE: $7,415.73

### NOTICE
"This is an attempt to collect a debt. Any information obtained will be used for that purpose."

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is a communication from a debt collector.
PD1 08/09/2004

**PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT**



Name: _____

Address: _____

RE: ARCADIA DEFICIENCY PRIME
TOTAL NOW DUE: $7,415.73
CASE #: 5152110                    _____

                                   Telephone: (_____) _____-_____

LYNETTE EDEN   5152110             DYNAMIC RECOVERY SERVICES, INC.
103 VALLEY RD APT 55               P.O. BOX 815808
STATESBORO, GA 30458-4763          DALLAS, TX 75381-5808
                                   IllIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

PD1 (08/09/2004)



# DYNAMIC RECOVERY SERVICES
## 2775 VILLA CREEK STE 290
## DALLAS, TEXAS 75234
## 972-241-5611
## 1-800-886-8088

Account Number: 5152110

10/05/2004

***AUTO**ALL FOR AADC 320  7  1  1,188
LYNETTE EDEN    5152110
103 VALLEY RD APT 55
STATESBORO, GA 30458-4763

ılıllıllllılılılılılılılılılılılıllllllıllıllılılılılıl

**P-7**

RE: ARCADIA DEFICIENCY PRIME
CASE #: 5152110
BALANCE OWING: $7,415.73

DEAR LYNETTE EDEN,

Your account with the above referenced creditor is considered "Charged Off" or in "Default". In reviewing the records of your account, it has been determined that you are unable to pay your account in full as you would desire.

We would like to inform you that you have been approved for an opportunity to "Settle and Pay Off" your account for a great deal less that you actually owe! You may save **Hundreds and possibly Thousands** of dollars! Take full advantage of this opportunity now!

However, to participate in this special program you must reply to this office within the next 21 days. Call **1-800-886-8088** and ask for **Operator 100** now! For more details and personal assistance, call now! Don't pass up this tremendous opportunity!

Respectfully,

*Jay P. Guy*

NOTICE: This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

S-1 10/05/2004

---

### PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT



RE: ARCADIA DEFICIENCY PRIME
TOTAL NOW DUE: $7,415.73
CASE #: 5152110

Name: _____

Address: _____

_____

Telephone: (_____) _____-_____

LYNETTE EDEN  5152110
103 VALLEY RD APT 55
STATESBORO, GA 30458-4763

DYNAMIC RECOVERY SERVICES, INC.
P.O. BOX 815808
DALLAS, TX  75381-5808

ılıllılıllılılıllılllllllılılıllıılılıld

S-1 (10/05/2004)

Suite 220
Dallas, TX 75228-7005

Address Service Requested

**Urgent Communication**

February 16, 2005

***COMMERCIAL RECOVERY SYSTEMS, INC***

PERSONAL & CONFIDENTIAL
Lynette Eden                    2044355
103 Valley Rd Apt 55
Statesboro, GA  30458-4763

Illllllllllllllllllllllllllllllllllllllllllllllll

8035 East R.L. Thorton, Suite 220
P.O. Box 570909
Dallas, TX 75357-0909
(800) 214-7801
(214) 324-9575
Hours:  M - F 8am-5pm, CST

### ACCOUNT IDENTIFICATION
RE: Arcadia Financial Ltd
Account #         : 2044355
Balance Owing   : $7787.59

Your account, as detailed above, has been assigned to COMMERCIAL RECOVERY SYSTEMS for collection.  I suggest that you consult with your attorney about what the laws in your state will allow our client to do to recover the monies owed to it and the further consequences of nonpayment.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

Important information is found on the back of this notice.

If this debt is not a valid debt of yours or if the account is included in a bankruptcy proceeding, then this notice, and all future notices, are null and void and you should notify us in writing.

*Allison Halpin 1-800-214-7866*

**To credit your account properly, you must include your account # on all checks and correspondence.**

This communication is from a debt collector.
This is an attempt to collect a debt.  Any information obtained will be used for this purpose.

- - - - - - - - - - - - - - - - - - - - - - - - - - - Detach and Return with Payment - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this portion of the notice with your payment to expedite credit to your account.

| Account #: | 2044355 | Client #: | Afl2000 | Balance Due: | $7787.59 | Amount Enclosed: | $ |
|---|---|---|---|---|---|---|---|

Enter the requested information in the spaces provided below:

From: Lynette Eden                                                    Employer: _____

Change of Address: _____           Address: _____

City, State, Zip: _____             City, State, Zip: _____

Telephone: _____            Telephone: _____Ext _____

2044355 - 240
COMMERCIAL RECOVERY SYSTEMS, INC.
P.O. Box 570909
Dallas, TX 75357-0909

Illllllllllllllllllllllllllllllllllllllllll

P- 8

8035 East R.L. Thornton
Suite 220
Dallas, TX 75228-7005

Address Service Requested

**Urgent Communication**

March 19, 2005

**COMMERCIAL RECOVERY SYSTEMS, INC.**

**PERSONAL & CONFIDENTIAL**
Lynette Eden                    2044355
103 Valley Rd Apt 55
Statesboro, GA  30458-4763

||l|l|llllll|l|l|l|l|lll|ll|l|l|llll||

8035 East R.L. Thorton, Suite 220
P.O. Box 570909
Dallas, TX 75357-0909
(800) 214-7801
(214) 324-9575
Hours:  M - F 8am-5pm, CST

<u>**ACCOUNT IDENTIFICATION**</u>
RE: Arcadia Financial Ltd
**Balance Owing    : $7787.59**
Account #         : 2044355

We suggest that you consult with your attorney about what the laws in your state will allow our client to do to recover the monies owed to it and the further consequences of nonpayment.

If you wish to resolve this matter now, mail the above stated balance in the enclosed envelope or call me to discuss repayment of this debt.

Yours Truly,

*Allison Halpin 1- 800- 214- 7866*

| | |
|---|---|
| BEGINNING BALANCE | : $7787.59 |
| TOTAL PAID TO DATE | : $0.00 |
| AMOUNT OF LAST PAYMENT | : $0.00 |
| DATE OF LAST PAYMENT | : |

**To credit your account properly, you must include your account # on all checks and correspondence.**

This communication is from a debt collector.
This is an attempt to collect a debt.  Any information obtained will be used for this purpose.

- - - - - - - - - - - - - - - - - - - - - - - - Detach and Return with Payment - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this portion of the notice with your payment to expedite credit to your account.

| Account #: | 2044355 | Client #: | Afl2000 | Balance Due: | $7787.59 | Amount Enclosed: | $ |
|---|---|---|---|---|---|---|---|

Enter the requested information in the spaces provided below:

From: Lynette Eden                                                Employer: _____

Change of Address: _____      Address: _____

City, State, Zip: _____          City, State, Zip: _____

Telephone: _____              Telephone: _____ Ext _____

2044355 - 240
COMMERCIAL RECOVERY SYSTEMS, INC.
P.O. Box 570909
Dallas, TX 75357-0909

||l|l|ll|l|llll|l|l|lllll|ll|l|ll|ll|l|ll|lll|ll|l|ll|

**P. 9**

T CARD 002548A1 465 000509 BB 054579 S GRE

103 Valley Road, Unit 31
Statesboro, Georgia   30458-4759
February 8, 2005

Mr. Steven Caldis
Arcadia Financial, Ltd.
P.O. Box 1100
Minneapolis, Minnesota   55440-1100


Re:   L. Eden vs. Arcadia Financial, Ltd.
      Your Account Number 1071368301


Dear Mr. Caldis:

    Arcadia Financial, Ltd. has not responded to any of my
three previous letters dated June 30, 2004, July 8, 2004 and
September 4, 2004.  What is going on?  I believe that you ought
to give this file a look.

    The violation by Arcadia Financial, Ltd. of the Georgia
Motor Vehicle Sales Finance Act of 1967 precludes it from recov-
ery on any deficiency claim.  It owes Ms. Eden $8,329.18 for its
violation of Official Code of Georgia Annotated §10-1-38(c), the
Georgia Motor Vehicle Sales Finance Act of 1967, $5,441.65 for
its violation of Official Code of Georgia Annotated §11-9-625(c)(2),
the Uniform Commercial Code, and $1,000.00 for its violation of
15 United States Code §1692k(a)(2), the federal Fair Debt Col-
lection Practices Act.

    The earliest applicable statute of limitation is that of
the Fair Debt Collection Practices Act.  It is a limitation of
one year.  That limitation will soon become a factor.  I plan to
refrain from taking any further action on Ms. Eden's behalf
until at least February 18, 2005, but plan to act to protect Ms.
Eden's interests after that time.  I believe that you should
refer this to your claims department or legal department or to
someone familiar with Georgia law.

    Please understand that this letter is written only to give
you an opportunity to address these claims and is not intended
to be a complete statement of Ms. Eden's actionable claims

P-10, p.1

against Arcadia Financial, Ltd.

Respectfully yours,


Charles W. Brannon, Jr.
State Bar of Georgia Number 077450


cc:  Ms. Lynette Tankersley Eden
     Dynamic Recovery Services, Inc.


p-10.p.2

P O 740256
Atlanta GA 30348

January 9, 2006

# EQUIFAX

 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



000531131-2167
Lynette T Eden
103 Valley Rd Apt 55
Statesboro, GA 30458-4763

Dear Lynette T Eden:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

To allow us to protect your privacy and deliver prompt service, please have your confirmation number accessible when you call or visit our web site. If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

### www.investigate.equifax.com

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

**Equifax Information Services LLC**
**P O 740256**
**Atlanta GA 30348**

*NOTE: Sending the Research Request Form to any other address will delay the processing of your request.*

**Under the FACT Act, you have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: *1-877-SCORE-11*.**

---

**The FBI Has Named Identity Theft As The Fastest Growing Crime In America**
Protect yourself with Equifax Credit Watch™ , a service that monitors your credit file every business day and notifies you within 24 hours of any activity. To order, go to: ***www.creditwatch.equifax.com***

---

*P. 11. p. 1*

P-11, p. 2

# EQUIFAX

## CREDIT FILE : *January 9, 2006*

### Confirmation # *6009008435*

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File:  Lynette T Eden
Social Security #  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    Date of Birth: November 3, 1954
Current Address:  103 Valley Rd Apt 55, Statesboro, GA  30458  Reported: 06/2003
Previous Address(es):  PO Box 756, Brooklet, GA  30415  Reported: 01/2003
294 Mimosa St, Richmond Hill, GA  31324  Reported: 04/1996
Last Reported Employment:  Secretary; American Star NAILS; Richmond GA;
Previous Employment(s):  Kays Power & Equ;
Exec Asst American Star N;

**Please address all future correspondence to:**

  www.investigate.equifax.com

  Equifax Information Services LLC
P O 740256
Atlanta GA 30348

  Phone: (800) 920-7401
M - F  9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Collection Agency Information**   *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Credit Bureau Associates;  Collection Reported 05/2004; Assigned 10/2003; Client - Doctors Laboratory; Amount - $71 ; Status as of 05/2004 - Unpaid; Date of 1st Delinquency 01/2003; Balance as of 05/2004 - $71 ; Individual Account; Account # - 165478; ADDITIONAL INFORMATION - Customer Has Now Located Consumer; **Address:** 120 N Patterson St  Valdosta GA 31601-5516 : (229) 244-9000

Credit Bureau Associates;  Collection Reported 05/2004; Assigned 08/2003; Client - Doctors Laboratory; Amount - $66 ; Status as of 05/2004 - Unpaid; Date of 1st Delinquency 10/2002; Balance as of 05/2004 - $66 ; Individual Account; Account # - 150886; ADDITIONAL INFORMATION - Customer Has Now Located Consumer; **Address:** 120 N Patterson St  Valdosta GA 31601-5516 : (229) 244-9000

Credit Bureau Associates;  Collection Reported 05/2004; Assigned 08/2003; Client - Doctors Laboratory; Amount - $28 ; Status as of 05/2004 - Unpaid; Date of 1st Delinquency 10/2002; Balance as of 05/2004 - $28 ; Individual Account; Account # - 150885; ADDITIONAL INFORMATION - Customer Has Now Located Consumer; **Address:** 120 N Patterson St  Valdosta GA 31601-5516 : (229) 244-9000

Lanier Collection Agency; Collection Reported; Assigned 03/2002; Client - St Joseph S Hos; Amount - $600 ; Status as of 09/2002 - Paid; Balance as of 09/2002 - $0 ; Individual Account; Account # - 2053566; **Address:** PO Box 15519  Savannah GA 31416-2219 : (912) 355-6666



## Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *)  (This section includes open and closed accounts reported by credit grantors)

### Account Column Title Descriptions:

| | |
|---|---|
| **Account Number** - The Account number reported by credit grantor | **Amount Past Due** - The Amount Past Due as of the Date Reported |
| **Date Acct. Opened** - The Date that the credit grantor opened the account | **Date of Last Paymnt** - The Date of Last Payment |
| **High Credit** - The Highest Amount Charged | **Actual Pay Amt** - The Actual Amount of Last Payment |
| **Credit Limit** - The Highest Amount Permitted | **Sched Pay Amt** - The Requested Amount of Last Payment |
| **Terms Duration** - The Number of Installments or Payments | **Date of Last Actvty** - The Date of the Last Account Activity |
| **Terms Frequency** - The Scheduled Time Between Payments | **Date Maj Delq Rptd** - The Date the 1st Major Delinquency Was Reported |
| **Months Reviewed** - The Number of Months Reviewed | **Charge Off Amt** - The Amount Charged Off by Creditor |
| **Activity Description** - The Most Recent Account Activity | **Deferred Pay Date** - The 1st Payment Due Date for Deferred Loans |
| **Creditor Class** - The Type of Company Reporting The Account | **Balloon Pay Amt** - The Amount of Final(Balloon) Payment |
| **Date Reported** - The Month and Year of the Last Account Update | **Balloon Pay Date** - The Date of Final(Balloon) Payment |
| **Balance Amount** - The Total Amount Owed as of the Date Reported | **Date Closed** - The Date the Account was Closed |

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

### American Express   PO Box 297871 Fort Lauderdale FL 33329-7871  (800) 874-2717

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| -00141438901930* | 02/2000 | $0 | $4,500 | | | 1 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2005 | $0 | | 02/2002 | | | 02/2002 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Check Credit/Line Of Credit; Whose Account - Individual Account;

### American Express   PO Box 297871 Fort Lauderdale FL 33329-7871  (800) 874-2717

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| -00141438901933* | 04/1990 | $75 | | | | 1 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2004 | $0 | | 02/2003 | | | 02/2003 | | | | | | 08/2004 |

Current Status - Pays As Agreed; Type of Account - Open; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request;

### American Express   PO Box 297871 Fort Lauderdale FL 33329-7871  (800) 874-2717

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| -00141438901953* | 04/1990 | $319 | | | | 1 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/2003 | $0 | | | | | 02/2003 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Credit Card;

### Bank of America   PO Box 7047 Dover DE 19903-7047 (800) 759-5262

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| 442710000542* | 02/1999 | $8,500 | | | | 41 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/2002 | $0 | | | | | 05/2000 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed by Consumer; Account Paid/Zero Balance;

( Continued On Next Page )    Page 4 of 14    6009008435005-000531131- 2167 - 5846 - BS

**CREDIT FILE : January 9, 2006**     *Confirmation # 6009008435*

## Belk Center - New Accounts    PO Box 190080 Charlotte NC 28219-0080  (800) 265-4925

| Account Number | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113538* | | 11/2002 | $560 | | $1,500 | | | | 29 | Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2005 | $0 | | 02/2005 | | | 02/2005 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed by Consumer;

## Capital One    PO Box 85520 Internal Zip 12030-163 Richmond VA 23285-5520

| Account Number | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 430572213638* | | 02/2002 | $9,322 | | | | Monthly | | 41 | Paid and Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/2005 | $0 | | 05/2005 | | | 05/2005 | | | | | | 07/2005 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request;

## Cbusasears    13200 Smith Rd Cleveland OH 44130-7802

| Account Number | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 512107180246* | | 02/1999 | | | $8,900 | | | | 81 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2005 | $0 | | 02/2002 | | | 12/2005 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

## Citifinancial Auto    2208 Hwy 121, Suite 100 2208 Highway 121 Ste 1 Bedford TX 76021-5981  (866) 776-9790

| Account Number | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107136* | | 03/2002 | $11,789 | | | 60 Months | Monthly | | 5 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2005 | $0 | | 10/2003 | | $265 | 07/2003 | 12/2003 | | | | | |

Current Status - Repossession; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Involuntary Repossession;

| **Account History** | 11/2003 | 10/2003 | 09/2003 | 08/2003 | 06/2003 |
|---|---|---|---|---|---|
| **with Status Codes** | 3 | 2 | 2 | 1 | 1 |

## First Consumers National Bank    Spiegel Pre 9300 SW Gemini Dr Beaverton OR 97008-7120  (800) 925-4476

| Account Number | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 452870* | | 08/2002 | $825 | | | | | | 8 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2003 | $0 | | | | | 04/2003 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Paid/Zero Balance;

## Gemb/JC Penney    2200 Dessert Ave C/O Geoc Acqv/Cgv Proc El Paso TX 79901-1524  (800) 527-4403

| Account Number | | Date Opened | High Credit | | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -279703* | | 09/1994 | $96 | | | | Monthly | | 99 | Paid and Closed | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2005 | $0 | | | | | 09/2000 | | | | | | 03/1996 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request;

( Continued On Next Page )             6009008435005-000531131- 2167 - 5846 - BS

**Gemb/Old Navy    Branch C11A PO Box 29116 Shawnee Mission KS 66201-1416**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 601859608304* | | | 01/2003 | $96 | $600 | | Monthly | | 35 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2005 | $0 | | 12/2005 | $49 | | 12/2005 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;

**Hsbc Best Buy    90 Christiana Rd New Castle DE 19720-3118   (302) 476-9055**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19601-110970* | | | 12/2001 | $3,600 | | | | | 7 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/2002 | $0 | | | | | 07/2002 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Charge;

**Hsbc Parisian    3455 Highway 80 W. Jackson MS 39209-7202   (601) 968-4295**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 905641012614* | | | 12/2001 | | $1,200 | | | | 4 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/2003 | $0 | | 01/2003 | | | 01/2003 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;

**Macy's/Dsnb    911 DUKE BLVD MASON OH 45040**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 973050602* | | | 01/2003 | | $1,000 | | | | 34 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2005 | $0 | | 07/2003 | | | 07/2003 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;

**MBNA America    PO Box 17054 Mail Stop 1235 Wilmington DE 19884-0001   (800) 421-2110**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 549099865088* | | | 10/1992 | $6,029 | $5,700 | | | | 72 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2005 | $2,260 | | 11/2005 | | $56 | 12/2005 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

**Nbgl-Parisian    PO Box 10327 Jackson MS 39289-0327   (800) 832-2455**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 905641012614* | | | 12/2001 | $1,200 | | | | | 16 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/2003 | $0 | | | | | 01/2003 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Transferred or Sold; Charge;

**Petite Sophisticate/WSRG    PO Box 26115 CG1E Shawnee Mission KS 66201-1416**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CG1E8201-191* | | | 01/1995 | $280 | | | | | 23 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1996 | $0 | | | | | 03/1996 | | | | | | |

Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Paid/Zero Balance; Account Closed by Consumer;

**CREDIT FILE : January 9, 2006**

**Confirmation #  6009008435**

## Principal Residential Mortgage   711 HIGH DES MOINES IA 50309 : (515) 247-5515

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|
| 203* | | 06/1998 | $52,200 | | | | 52 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2002 | $0 | | | | $624 | 10/2002 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Installment; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Paid/Zero Balance;

## Suntrust Bank,savannah   PO Box 4986, Orlando FL 3280-4986 : (912) 944-1127

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|
| 3150000315020* | | 03/2002 | $12,272 | | 59 Months | Monthly | 44 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2005 | $3,450 | | 11/2005 | $1,520 | $270 | 11/2005 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan – Auto; Whose Account - Individual Account;

| Account History with Status Codes | 10/2005 | 09/2005 | 08/2005 | 11/2004 | 10/2004 | 09/2004 | 10/2003 | 09/2003 | 07/2003 | 05/2003 | 03/2003 | 01/2003 | 09/2002 | 08/2002 | 07/2002 | 06/2002 | 05/2002 | 04/2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 2 | 1 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | |

## The Dress Barn/Wfnnb   PO Box 182273 Attn Customer Service Columbus OH 43218-2273

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|
| 585637048007* | | 02/1994 | $681 | | | | 24 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/2000 | $0 | | | | | 02/2000 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Charge;

## The Dress Barn/Wfnnb   PO Box 182273 Attn Customer Service Columbus OH 43218-2273

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|
| 585637048077* | | 10/1994 | $328 | | | | 24 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/2000 | $0 | | | | | 02/2000 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Charge;

## Wachovia Bank, Na (ga-SF)   PO Box 3117 Winston Salem NC 2710 02-3117

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|
| 10100000159* | | 03/2002 | $16,978 | | 60 Months | Monthly | 36 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2005 | $0 | | 03/2005 | $465 | | 03/2005 | | | | | | 03/2005 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan – Auto; Whose Account - Individual Account;

## Wachovia Bank, Na (ga-SF)   PO Box 3117 Winston Salem NC 27102-3117

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|
| 10100000060* | | 01/2000 | $8,323 | | | | 26 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2002 | $0 | | | | $204 | 01/2002 | | | | | | |

Current Status - 30 - 59 Days Past Due; Type of Account - Installment; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Closed Account; Auto;

| Account History with Status Codes | 02/2002 | 01/2002 |
|---|---|---|
| | 1 | 1 |

**Wachovia Bank, NA (de-RI)       PO Box 3117  Winston Salem NC 27102-3117**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32100001030* | | | 05/2000 | $5,184 | | | | | | 22 | | | | |

| Items As of Date Reported | Balance Amount | | Amount Past Due | Date of Last Peymnt | Actual Peymnt Amount | | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2002 | $0 | | | | | | $171 | 02/2002 | | | | | | | |

Current Status - Pays As Agreed; Type of Account - Installment; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Closed Account; Auto;

**Wfn Structure       PO Box 360041 Northglenn CO 80233-8004**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36226* | | | 12/1994 | $1,000 | | | | | | 77 | | | | |

| Items As of Date Reported | Balance Amount | | Amount Past Due | Date of Last Peymnt | Actual Peymnt Amount | | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2001 | $0 | | | | | | | 05/2001 | | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Charge;

**Wfn Victoria's Secret     PO Box 182128  Columbus OH 43218-2128**

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | Creditor Clasification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89655* | | | 12/2001 | $500 | | | | | | 10 | | | | |

| Items As of Date Reported | Balance Amount | | Amount Past Due | Date of Last Peymnt | Actual Peymnt Amount | | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2002 | $0 | | | | | | | 10/2002 | | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Charge;

## Inquiries that display to companies  (may impact your credit score)

This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | Inquiry Date(s) |
|---|---|
| First USA Bank<br>Dept OH1-0552 Attn:Cdv 800 Brooksedge Blvd 3 Westerville, OH 43081-2895 | 11/08/2005 |
| Commercial Recovery Systems<br>8035 E R L THORNTON FWY #2  DALLAS, TX 75228-7018  Phone: (214) 324-9575 | 02/15/2005 |
| Dynamic Recovery Systems<br>2775 VILLA CREEK #290  DALLAS, TX 75234-7460 | 08/09/2004 |
| Citifinancial Auto<br>2208 Hwy 121, Suite 100 2208 Highway 121 Ste 100 Bedford, TX 76021-5961  Phone: (888) 776-3780 | 03/18/2004 |

**CREDIT FILE : January 9, 2006**                                                **Confirmation #  6009008435**

**Inquiries that do not display to companies  (do not impact your credit score)**
(This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness.  examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor.)

**Company Information - Prefix Descriptions:**

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.  (PRM inquiries remain for 24 months)

AM, AR or PR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.  (AM, AR, and PR inquiries remain for 12 months)

Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.

ND - Inquiries with this prefix are general inquiries that do not display to credit grantors.  (ND inquiries remain for 24 months)

| Company Information | Inquiry Date(s) | | | | | |
|---|---|---|---|---|---|---|
| Equifax<br>PO Box 740241  Atlanta, GA 30374-0241 | 01/09/2006 | 03/28/2005 | | | | |
| AR-Gemb/Old Navy<br>Branch C11A PO Box 29116 Shawnee Mission, KS 66201-1416 | 01/02/2006 | 12/26/2005 | 12/19/2005 | 12/15/2005 | | |
| Equifax Consumer Services<br>1600 Peachtree St NW Esecure Atlanta, GA 30309-2403 | 12/23/2005 | | | | | |
| AR-American Express<br>PO BOX 7871  FT LAUDERDALE, FL 33329 | 12/21/2005 | 12/16/2005 | | | | |
| PRM-Cingular Wireless<br>13801 Wireless Way  Oklahoma City, OK 73134-2500 | 12/12/2005 | 08/10/2005 | 06/14/2005 | 05/03/2005 | | |
| AR-MBNA America Na<br>655 PAPER MILL ROAD  NEWARK, DE 19711 | 11/28/2005 | | | | | |
| PRM-Capital One<br>PO Box 85520 Internal Zip 12030-163 Richmond, VA 23285-5520 | 11/11/2005 | 07/14/2005 | | | | |
| PRM-H&R Block MTGE Corp<br>25519 Commercentre Dr  Lake Forest, CA 92630-8870 | 10/31/2005 | | | | | |
| AR-Hsbc Saks<br>2700 Sanders Rd  Prospect Heights, IL 60070-2701 | 10/12/2005 | | | | | |
| AR-Bank | 09/26/2005 | | | | | |
| PRM-Capital One,fsb<br>PO Box 26030  Richmond, VA 23260-6030 | 09/14/2005 | 08/15/2005 | 06/13/2005 | 04/06/2005 | 03/10/2005 | 02/10/2005  01/12/2005 |
| PRM-MDA Capital, Inc.<br>6036 Central Ave  St Petersburg, FL 33707-1600 | 07/26/2005 | | | | | |
| AR-Capital One<br>PO Box 85520 12030-0163 Richmond, VA 23285-5520 | 07/15/2005 | | | | | |
| PRM-Hsbc Bank NV FKA Hhlb<br>2700 Sanders Rd  Prospect Heights, IL 60070-2701 | 04/26/2005 | | | | | |
| AR-Wachovia Bank Na/Ftu<br>PO Box 560726  Charlotte, NC 28256-0726 | 01/11/2005 | | | | | |
| ND-Progressive Insurance **aa10::PROGRESSIV /PROGRESS<br>6300 Wilson Mills Rd  Cleveland, OH 44143-2109 | 11/01/2004 | | | | | |

*Para información en español, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

○ **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

○ **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

   ○ a person has taken adverse action against you because of information in your credit report;
   ○ you are the victim of identify theft and place a fraud alert in your file;
   ○ your file contains inaccurate information as a result of fraud;
   ○ you are on public assistance;
   ○ you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

○ **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

○ **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

○ **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

*P-11. p. 10*

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT INFORMATION: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314   703-518-6360 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation , Office of Financial Management<br>Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, DC 20250   202-720-7051 |

P.11. p.11

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file ?*

**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *Why doesn't my credit information from Equifax match that of Experian and TransUnion ?*

**A.** Credit information providers do not share your credit data with each other. As a result, updates made to your Equifax credit file may not be reflected on reports from Experian and TransUnion. You will need to contact the other credit information services directly to correct any inaccurate information. Contact information is provided below:

**Trans Union, PO Box 1000, Chester, PA 19022   Phone: (800) 888-4213**

**Experian, P.O. Box 9530 Allen, TX 75013   Phone: (888) 397-3742**

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*

**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

## Facts You Should Know

○ Payment history on your credit file is supplied by credit grantors with whom you have credit. This includes both open accounts and accounts that have already been closed. Payment in full does not remove your payment history. The length of time information remains in your credit file is shown below:

| | |
|---|---|
| Collection Accounts: | Remain for 7 years. |
| Credit Accounts: | Accounts paid as agreed remain for up to 10 years. Accounts not paid as agreed remain for 7 years. |

(The time periods listed above are measured from the date in your credit file shown in the "date of last activity" field accompanying the particular credit or collection account.)

| | |
|---|---|
| Public Records: | Remain for 7 years from the date filed, except:<br>Bankruptcy-Chapters 7 and 11 remain 10 years from the date filed.<br>Bankruptcy-Chapter 13 dismissed or no disposition rendered remain 10 years from the date filed.<br>Unpaid tax liens remain indefinitely.<br>Paid tax liens remain for up to 7 years from the date released. |
| New York State Residents Only: | Satisfied judgments remain 5 years from the date filed; paid collections remain 5 years from the "date of last activity". |
| California State Residents Only: | Unpaid tax liens remain 10 years from the date filed. |

○ Many companies market consumer products and services by mail. Millions of people take advantage of these direct marketing opportunities because it is a convenient way to shop. If you prefer to reduce the number of direct marketing mailings, you can write to: Direct Marketing Association, Mail Preference Service, P.O. Box 9008, Farmingdale, NY 11735-9008. To request that your name be removed from Direct Marketing Association member lists, include your complete name, full address and signature.

○ Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

---

**Notice: Dispute Review Process and Your Rights:**

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the nature of your dispute. If that review does not resolve your dispute and further investigation is required, notification of your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions, or changes to your credit file as appropriate based on the results of the reinvestigation. The name and address and, if reasonably available, the phone number of the furnisher(s) of information contacted while processing your dispute(s) is shown under the "Results of Your Investigation" section.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed 100 words (200 words for Maine residents) explaining the nature of your disagreement. Your statement will become part of your credit file and will be disclosed each time your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past 6 months for any purpose (12 months for California, Colorado, Maryland, New Jersey and New York residents) or in the past two years for employment purposes.

---

*P-11. p. 12*

**EQUIFAX**   RESEARCH REQUEST FORM

*Upon completion, please return this document to the following address:*

Equifax Information Services LLC
P O 740256
Atlanta GA 30348

Or, if you prefer, you may initiate an investigation request via the internet at:

**www.investigate.equifax.com**

### Confirmation Number: 6009008435

Intentionally making any false statement to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (ie. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your requests for clarity.

| | |
|---|---|
| If your identifying information differs from the information listed on this form, please fill in the correct information in the space provided below each item. | Name: Lynette T Eden                    SS#: 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 <br> DOB: November 3, 1954 <br><br> Current Address: 103 Valley Rd Apt 55, Statesboro, GA  30458 <br><br> Previous Address(es): PO Box 756, Brooklet, GA  30415 <br>  294 Mimosa St, Richmond Hill, GA  31324 |
| Please provide a photocopy of your driver's license, social security card, or a recent utility bill that reflects the correct information. | Employment: Exec Asst American Star N; Kays Power & Equ; <br><br> Daytime Phone Number:             Evening Phone Number: <br><br> List other names which you have used for credit in the past. |

For security purposes, if you want your credit report to display no more than the last 4 digits of your social security number (check here) ☐

## Collection Agency Information

Collection Agency Name _____ Account Number _____
**Reason for investigation:**   ☐ Not Mine      ☐ Collection Paid in Full      ☐ Paid Before Collection Status
☐ Other (Please explain) _____

Collection Agency Name _____ Account Number _____
**Reason for investigation:**   ☐ Not Mine      ☐ Collection Paid in Full      ☐ Paid Before Collection Status
☐ Other (Please explain) _____

## Credit Account Information

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

Company Name _____ Account Number _____
**Reason for investigation:** ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

### P-11. p. 13

P-11. p.14

6009008435005-000531131- 2167 - 5846

Chase Bank USA, N.A.
P.O. Box 15077
Wilmington, DE 19850-5077



CHASE ◆

November 09, 2005

ll.hll..ll.l.l.l.l.l.l.l.l.ll.l.l.l.ll..ll.l.l.l.l.l.ll.l
AAL 051104 080724 004286 0001
LYNETTE T EDEN
103 VALLEY RD APT 55
STATESBORO GA 30458-4763

AR104

| Reference Number |
|------------------|
| 051108530493 |

Dear LYNETTE T EDEN :

At your request, we have completed a second review of your application for an AARP Credit Card account issued by Chase Bank USA, N.A.. We regret that we are still unable to approve your request for the following reason(s):

> Your credit report reflects a foreclosure or repossession
> Your credit report reflects charge off(s) or bad debt collection(s)
> Your credit report reflects a judgment, tax lien, or public record

Our credit decision was based in whole or in part on information from Equifax, P O Box 740241, Atlanta, GA 30374-0241, (800) 685-1111, http://www.credit.equifax.com. The reporting agency played no part in our decision (other than providing us with credit information about you) and is unable to supply specific reasons why we have denied credit to you.

Under the Fair Credit Reporting Act, you have a right to know the information provided to us, and you also have a right to a free copy of your report from the above reporting agency, if you request it from the reporting agency no later than 60 days after you receive this notice by calling (800) 685-1111 or contacting the agency through their website http://www.credit.equifax.com. In addition, if you find any information contained in the report you receive from them is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

We appreciate your interest in AARP Credit Card Services issued by Chase Bank USA, N.A. and we invite you to reapply if your personal circumstances change or if you have additional information to provide to us.

If you have questions regarding this notice you should contact us at the address above.

Sincerely,

AARP Credit Card Services
Chase Bank USA, N.A.

P-12

**Please see the reverse side of this document for important information**



PO Box 17131
Wilmington, DE  19885-7131

February 3, 2006

LDCCRB01 0012329

Lynette T. Eden
103 Valley Rd Apt 55
Statesboro GA 30458-4763

հılıllıաııllılılılılıllıllıllıllılılılıllıal

Dear Lynette T. Eden:

Thank you for your recent credit application. We sincerely appreciate
your interest in Discover Card. After carefully considering your
application, however, we are unable to approve your request at this time
for the following reason(s):

REPOSSESSION
COLLECTION, CHARGE-OFF, OR JUDGEMENT
PAST AND/OR PRESENT DELINQUENT CREDIT OBLIGATIONS

Your application was processed by a credit scoring system that assigns a
numerical value to the various pieces of information we consider in
evaluating an application. These numerical values are based upon the
results of analysis conducted on repayment histories of a large number
of customers. The information you provided in your application did not
score a sufficient number of points for approval of the application. Our
credit decision was based whole or in part on information obtained from
the reporting agency listed on the next page.

If you have any questions regarding this letter, please contact us at
the address on top of this letter. Please include your name, address,
and application number listed below. You may also contact us at the
phone number below.

New Accounts Department
1-801-902-3998
Monday-Friday 6am-3:30pm MT
Application Number: 060320932067300
Letter Code: NPCL

*113410D*

LDCCRB01 0012329

P-13. p. 1

NPCL
38366 / 4        4896 / 4        Discovercard.com        080206        Page 1 of 2
                                 Discover® Card, Issued by Discover Bank, Member FDIC        04:53:09
Printed on recyclable papers

This decision was based in whole or in part on information obtained in your consumer report or the joint accountholder's consumer report from the consumer reporting agency listed below.

Experian

PO Box 2002  701 Experian Parkway

Allen, TX  75013-2002

888-397-3742

www.experian.com/reportaccess

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency.  The reporting agency played no part in our decision and is unable to supply specific reasons why we have taken action on your Account.

If you have any questions regarding this letter, you should contact Discover Bank, issuer of the Discover Card, at P.O. Box 15410, Wilmington, DE  19850-5410.

**THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT REQUIRES THAT YOU BE PROVIDED WITH THE FOLLOWING NOTICE:**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agency which administers compliance with this law concerning Discover Bank, the issuer of the Discover Card, is the Federal Deposit Insurance Corporation, FDIC Consumer Response Center, 2345 Grand Boulevard, Suite 100, Kansas City, MO  64108.

*P-13. p. 2*